# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CUNEYT AKDIL,<br><br>                          Petitioner,<br><br>v.<br><br>CHRISTOPHER J. LAROSE, Senior Warden Otay Mesa Detention Center, et. al.<br><br>                        Respondents. | Case No.: 26-cv-1583-BJC-DEB<br><br>**ORDER REQUIRING RESPONSE TO PETITION FOR WRIT OF HABEAS CORPUS AND PROHIBITING TRANSFER OF PETITIONER** |

On March 12, 2026, Petitioner Cuneyt Akdil, a citizen of Turkey, filed a Petition for a Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241. ECF No. 1. After a review of the petition and motion, this Court deems it appropriate to require Respondent to file a response. Additionally, the Court finds a limited stay is necessary to preserve the *status quo* to allow the Court to provide a reasoned decision on the pending application. *See E-C-R- v. Noem*, No. 3:25-CV-1230-SI, 2025 WL 2300543, at *1 (D. Or. July 16, 2025) (finding an order under the All Writs Act, 28 U.S.C. § 1651, necessary to prevent the arrest, detention or deportation of the plaintiff while the parties litigate the merits of the plaintiff's motion for injunctive relief); *Du v. United States Dep't of Homeland Sec.*, No. 3:25-CV-644 (OAW), 2025 WL 1317944, at *2 (D. Conn. Apr. 24, 2025) (enjoining the defendants,

1  under the All Writs Act, from removing the plaintiffs from the District of Connecticut to
2  preserve the court's jurisdiction).

3  Based on the foregoing, the Court ORDERS:

4  1. Respondent shall file a response to the petition **no later than close of business
5  March 20, 2026**. Respondents shall include copies of all pertinent documents, orders, and
6  transcripts relevant to this petition.

7  2. Petitioner may file a traverse, **no later than close of business March 27,
8  2026**. Absent further order of this Court, this matter will be deemed under submission at
9  that time.

10 3. Respondent, his agents, employees, successors, attorneys, and all persons
11 acting in active concert or participation with them are hereby ENJOINED from removing
12 Petitioner from the United States or this District pending further order of the Court, to
13 maintain the *status quo* to allow the Court to provide a reasoned decision to the request at
14 hand.

15 **IT IS SO ORDERED**.

16 Dated: March 13, 2026

*[signature]*

Honorable Benjamin J. Cheeks
United States District Judge